990

Harvey H. Tisinger, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

---

Warren S. EARHART, Trustee, etc., Appellant, v. Anna GRAHAM et al.
No. 10402.

Circuit Court of Appeals, Eighth Circuit.
Oct. 28, 1935.

Leon Greenebaum and Phineas Rosenberg, both of Kansas City, Mo., for appellant.

Maurice J. O'Sullivan, Lee Reeder, George T. Aughinbaugh, and A. F. Smith, all of Kansas City, Mo., for appellees.

PER CURIAM.
Appeal dismissed, with costs, on motion of appellant.

---

In the Matter of ENAUD WINE & SPIRIT CORPORATION, Bankrupt.

Charles C. HARRIS, Petitioner-Appellee, v. Herman GOETZ, Trustee-Appellant.
No. 42.

Circuit Court of Appeals, Second Circuit.
Nov. 4, 1935.

Finkelstein & Jacobs, of New York City (Marcy Finkelstein and David Jacobs, both of New York City, of counsel), for appellant.

Harold Gilbert, of New York City, for appellee.

---

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

---

EQUITABLE LIFE INSURANCE COMPANY OF IOWA, Appellant, v. The LONG–BELL LUMBER COMPANY, Debtor, et al.
No. 10401.

Circuit Court of Appeals, Eighth Circuit.
Nov. 27, 1935.

J. G. Gamble and A. B. Howland, both of Des Moines, Iowa, and E. R. Morrison, of Kansas City, Mo., for appellant.

Jesse Andrews, Carl D. Matz, C. E. Lombardi, Flavel Robertson, Edgar Shook, Phineas Rosenberg, and Charles P. Woodbury, all of Kansas City, Mo., Edward R. Johnston, of Chicago, Ill., and Cyrus Crane, Samuel W. Sawyer, and David M. Proctor, all of Kansas City, Mo., for appellees.

PER CURIAM.
Appeal dismissed, at costs of Long-Bell Lumber Company, debtor, appellee, per stipulation of parties.

---

EQUITABLE LIFE INSURANCE COMPANY OF IOWA, Appellant, v. The LONG–BELL LUMBER COMPANY, Debtor, et al.
No. 10422.

Circuit Court of Appeals, Eighth Circuit.
Nov. 27, 1935.

J. G. Gamble and A. B. Howland, both of Des Moines, Iowa, and E. R. Morrison, of Kansas City, Mo., for appellant.